**DENY and Opinion Filed September 2, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00588-CV

### IN RE JEFFREY DAMON YOUNGER, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF15-09887-S**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Osborne, and Justice Reichek
Opinion by Chief Justice Burns

Before the Court is relator's June 8, 2020 petition for writ of mandamus. In the petition, relator challenges the trial court's "Temporary Order Clarifying Appointment of Family Counselor" in this suit affecting the parent child relationship.

Entitlement to mandamus relief requires relator to show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the petition and the mandamus record before us, we conclude

relator has failed to show he is entitled to the relief requested. Accordingly, we deny

relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200588F.P05